[ **FILED** ]

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP - 4 2001

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

2001 SEP -4  P 4: 18

| | |
|---|---|
| IN RE: EMPLOYMENT DISCRIMINATION LITIGATION AGAINST THE STATE OF ALABAMA, et al.: | ) ) ) ) |
| EUGENE CRUM, JR., et al., | ) 2:07-CV-464-MHT ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: ) CV-94-T-356-N |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) ) ) |
| ARTIA JULIUS, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. STATE OF ALABAMA, GOVERNOR DON SIEGELMAN, STATE OF ALABAMA PERSONNEL DEPARTMENT, STATE OF ALABAMA DEPARTMENT OF FINANCE, HENRY C. MABRY, III, DIRECTOR, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO INTERVENE

**COMES NOW** the applicant, Artia Julius, pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, and applies to this Court for permission to intervene as a party plaintiff in the above-entitled cause. As grounds for this Motion, the applicant would show unto the Court as follows:

1. This Motion is timely based upon the following factors:



(a) <u>Length of Time Applicant Has Known Of Her Interest</u>. The plaintiff-intervenor received her right-to-sue letter from the EEOC and Justice Department dated June 8, 2001. Plaintiff-intervenor has filed this motion within 90 days of the issuance of her right-to-sue letter. Based on these facts, it should be held that there has been no undue delay on the part of the applicant seeking intervention into this lawsuit.

(b) <u>Prejudice to Parties from Failure to Move Sooner</u>. The parties will not be unduly prejudiced by the intervention sought herein.

(c) <u>Prejudice to Applicant if Intervention Denied</u>. Applicant will be unduly prejudiced by the necessity of maintaining an individual, separate lawsuit involving complex issues and costly experts, which will be duplicative of the present case.

(d) <u>Unusual Circumstances</u>. The circumstances of the case militate in favor of intervention as it will prevent duplicative and expensive discovery and the retrial of identical issues.

2. A copy of this Motion is being served upon all parties through their respective counsel.

3. The applicant's claims and the claims of the named plaintiffs, plaintiff-intervenors and the putative class in the case at bar involve common questions of law and fact.

4. This Motion is accompanied by applicant's complaint-in-intervention, which is attached hereto.

5. Intervention will not unduly delay or prejudice the adjudication of the rights of the original parties.

**WHEREFORE**, Premises Considered, applicant respectfully moves this Court to permit his intervention into the instant legal action as a party plaintiff.

Respectfully submitted,

_____
Kimberly C. Page
Counsel for the Plaintiff-Intervenor
and Plaintiff Class

OF COUNSEL:

GORDON, SILBERMAN, WIGGINS & CHILDS, P.C.
1400 SouthTrust Tower
Birmingham, AL 35203
(205) 328-0640

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served, either by hand delivery or by placing same in the United States Mail, properly addressed and first class postage prepaid, on this the 4th day of September, 2001, on the following:

Thomas T. Gallion III
Haskell, Slaughter, Young, & Gallion
P.O. Box 4660
Montgomery, AL 36103

Henry C. Barnett
Christopher W. Weller
Capell, Howard, Knabe & Cobbs, P.A.
P.O. Box 2069
Montgomery, AL 36102-2069

Warren B. Lightfoot, Jr.
Maynard, Cooper & Gale, pc
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203

Margaret L. Fleming
Office of the Attorney General
S. Gordon Persons Building, Room 2122
50 Ripley Street
Montgomery, AL 36130

Robbie Hyde
Webb & Eley, P.C.
166 Commerce Street, Suite 300
Post Office Box 238
Montgomery, AL 36101-0238

R. Taylor Abbot, Jr.
Cabaniss, Johnston, Gardner, Dumas & Oneal
700 Park Place Tower
Birmingham, AL 35203

T. Dwight Sloan III
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201

William J. Huntley, Jr.
Huntley & Associates, P.C.
P.O. Box 370
Mobile, Alabama 36601

John J. Park
Office of the Attorney General
S. Gordon Persons Building, Room 2122
50 Ripley Street
Montgomery, AL 36130

Andrew P. Campbell
David M. Loper
Cinda York
Campbell, Waller & Loper, LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209

Edward A. "Ted" Hosp
State of Alabama Governor's Office
State Capitol
Montgomery, Alabama 36130

Alice A. Byrne
Office - Attorney General
Room 303
11 South Union Street
Montgomery, Alabama 36130

Susan B. Anderson
Attorney at Law
770 Washington Avenue
Suite 570
Montgomery, Alabama 36130

J. Dorman Walker, Jr.
Attorney at Law
Balch & Bingham
P. O. Box 78
Montgomery, Alabama 36101-0078

State of Alabama
Department of Finance
600 Dexter Street
Montgomery, Alabama 36130-4700

Lisa W. Borden
Berkowitz, Lefkovits, Isom & Kushner
1600 SouthTrust Tower
Birmingham, Alabama 35203

Mary Beth Martin
U.S. Department of Justice
Civil Rights Division
Employment Litigation
P.O. Box 65968
Washington, DC 20035

Beverly P. Baker
Attorney at Law
Haskell, Slaughter, Young, Johnston &
Gallion
1200 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, Alabama 35203

Henry C. Mabry, III, Director
State of Alabama
Department of Finance
600 Dexter Street
Montgomery, Alabama 36130-4700

_____
OF COUNSEL