IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ARTIA JULIUS,                  )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )        2:07cv464-MHT
                               )
STATE OF ALABAMA, et al.,      )
                               )
    Defendants.                )
```

## ORDER

It is ORDERED that the motion to withdraw (Doc. No. 4) is granted.

DONE, this the 31st day of May, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE