# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ATRIA JULIUS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STATE OF ALABAMA, et al.,** )<br>)<br>Defendants. ) | **Civil Action No.**<br><br>**2:07cv 464-MHT** |

## MOTION TO WITHDRAW

William F. Gardner, being deceased on May 15, 2007 and William K. Thomas no longer representing any party in this case, it is requested the William F. Gardner and William K. Thomas be allowed to withdraw as counsel in this case and all related cases.

*/s/ William K. Thomas*
William K. Thomas (THO066)
Cabaniss, Johnston, Gardner,
  Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
Phone:  (205) 716-5200
Fax:  (205) 716-5389
e-mail:  wkt@cabaniss.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing **MOTION TO WITHDRAW** has been filed using the CM/ECF system and will be served electronically by the system.

  This   20th   day of June, 2007.


            */s/ William K. Thomas*