IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ARTIA JULIUS,                  )<br>                                )<br>    Plaintiff,              )<br>                                )     CIVIL ACTION NO.<br>    v.                          )       2:07cv464-MHT<br>                                )<br>STATE OF ALABAMA, et al.,   )<br>                                )<br>    Defendants.             )  | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 13) is granted.

DONE, this the 22nd day of June, 2007.

    /s/ Myron H. Thompson
 UNITED STATES DISTRICT JUDGE