IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTIA JULIUS,  )<br> )<br>    *Plaintiff*,  )<br> )<br>v.   )<br> )<br>STATE OF ALABAMA, et al.,  )<br> )<br>    *Defendants*.  )<br> ) | CIVIL ACTION NO.:<br>07 cv 464-MHT |

_____

**CONFLICT DISCLOSURE STATEMENT**

Defendants State of Alabama, Governor Don Siegleman, and State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.  Defendant State of Alabama is a governmental entity;

2.  Defendant Governor Don Siegleman is an individual;

3.  Defendant State Personnel Department is a governmental entity.

Respectfully submitted, this 13th day of July, 2007.

 /s/ Alice Ann Byrne
ALICE ANN BYRNE, ESQ. (BYR 015)
Attorney for Defendants
State of Alabama, Governor Don Siegleman,
and State Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
    Russell W. Adams, Esq.
    Rocco Calamusa, Jr., Esq.
    WIGGINS CHILDS QUINN & PANTAZIS, P.C.
    The Kress Building
    301 19th Street North
    Birmingham, AL  35203-3204

For Defendants Department of Finance and Henry C. Mabry, III, Director:
    Christopher W. Weller, Esq.
    Constance S. Barker, Esq.
    Mai Lan Isler, Esq.
    CAPELL HOWARD, P.C.
    P. O. Box 2069
    Montgomery, AL  36102-2069

    /s/  Alice Ann Byrne
    Of Counsel