IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ARTIA JULIUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv464-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| FINANCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the joint statement regarding representation of parties (doc. no. 19), it is ORDERED as follows:

(1) All defendants, except those listed in the joint statement, are dismissed.

(2) All attorneys, except those listed in the joint statement, are discharged.

(3) The parties and attorneys are as set forth in Part C of the joint statement.

DONE, this the 2nd day of August, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE