IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ARTIA JULIUS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO. :** |
| v. | ) | **2:07-cv-00464-MHT** |
| | ) | |
| **ALABAMA DEPARTMENT OF FINANCE, et al.,** | ) ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

___

### MOTION FOR ADMISSION *PRO HAC VICE* OF MAI LAN F. ISLER

The undersigned attorney, Christopher Weller, hereby respectfully moves the Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice,* **Mai Lan F. Isler,** to practice before this Court in connection with the above-titled case. In support of this Motion, Mr. Weller asserts the following:

1.   Mai Lan F. Isler was a temporary resident of Prattville, Alabama and is employed by Capell & Howard, P.C., as an attorney. Ms. Isler's husband is an Air Force pilot who was temporarily stationed at Maxwell Air Force Base, Montgomery, Alabama, for Air Combat and Staff College. LTC Isler is currently stationed at Eglin Air Force Base, Ft. Walton Beach, Florida, so Ms. Isler resides in Niceville, Florida, but she continues to be employed by Capell & Howard P.C., as a part-time staff attorney.

2.   Ms. Isler was licensed to practice law in Texas on November 3, 1995 after successfully passing the Texas Bar Examination given by the Texas Board or Bar Examiners, and is currently a member of good standing of the Texas Bar (inactive member).

3. Ms. Isler was licensed to practice law in Virginia on April 16, 1998 after successfully passing the Virginia Bar Examination given by the Virginia Board of Bar Examiners, and is currently a member of good standing of the Virginia Bar (associate member).

4. Ms. Isler was duly admitted to the United States Court of Appeals for the Fourth Circuit and qualified as an attorney on June 19, 1998.

5. Ms. Isler was duly admitted to the United States District Court for the Eastern District of Virginia and qualified as an attorney on October 16, 1998. *See* Certificate of Admittance to the Eastern District of Virginia, attached hereto as Exhibit A.

6. Ms. Isler most recently engaged in the regular practice of law in the Eastern District of Virginia in 2001.

**WHEREFORE, PREMISES CONSIDERED,** Mr. Weller respectfully moves the Court to admit **Mai Lan F. Isler** *pro hac vice* in the above-titled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

    Respectfully submitted,

/s/ CHRISTOPHER W. WELLER
CHRISTOPHER W. WELLER (WEL020)
CONSTANCE S. BARKER (BAR099)
MAI LAN F. ISLER (*pro hac vice*)
Attorneys for Department of Finance and
Henry C. Mabry, III, Director

Address of Counsel :

CAPELL & HOWARD, P.C.
P. O. Box 2069
Montgomery, AL  36102-2069
334/241-8000

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above document has been electronically filed using the CM/ECF system on this the 16th day of October, 2007.

                                        /s/ CHRISTOPHER W. WELLER
                                        OF COUNSEL

AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Virginia

**CERTIFICATE OF
GOOD STANDING**

I, _____Fernando Galindo_____, Clerk of this Court,

certify that    Mai Lan Fogal Isler    , Bar # 42300    ,

was duly admitted to practice in this Court on

10/16/1998    , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at    Alexandria, VA    on    7/31/2007    .
LOCATION         DATE

Fernando Galindo                            
CLERK OF COURT                        DEPUTY CLERK