DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000754
Cashier ID: cstrecke
Transaction Date: 10/16/2007
Payer Name: CAPELL AND HOWARD
------------------------------------
PRO HOC VICE
 For: MAI LAN F. ISLER
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $20.00
------------------------------------
CHECK
 Remitter: CAPELL AND HOWARD PC
 Check/Money Order Num: 130041
 Amt Tendered:  $20.00
------------------------------------
Total Due:        $20.00
Total Tendered: $20.00
Change Amt:       $0.00

DALM207CV000464-MHT

MOT/PHV MAI LAN F ISLER

CAPELL AND HOWARD PC