IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ARTIA JULIUS,                     )<br>                                   )<br>    Plaintiff,                    )<br>                                   )<br>    v.                             )<br>                                   )<br>ALABAMA DEPARTMENT OF              )<br>FINANCE, et al.,                  )<br>                                   )<br>    Defendants.                    ) | CIVIL ACTION NO.<br>2:07cv464-MHT |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 26) is granted.

DONE, this the 18th day of October, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE