IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTIA JULIUS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No.: 2:07-CV-464-MHT |
| | * |
| ALABAMA DEPARTMENT OF | * |
| FINANCE, et al. | * |
| | * |
| Defendant. | * |

## NOTICE OF DISMISSAL

COMES NOW, Plaintiff Artia Julius, and dismisses her claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as she no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment. Ms. Julius has changed agencies and received three promotions since the filing of her complaint-in-intervention.

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Notice of Dismissal on counsel via e-mail, addressed, to the following:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Christopher W. Weller
Constance S. Barker
Mai Lan Isler
Capell Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
CWW@CHLAW.COM
CSB@CHLAW.COM
MFI@CHLAW.COM

This 26th day of October, 2007.

                                    /s/ Russell W. Adams
                                    OF COUNSEL